WILLIAM COTTER ET AL. *v.* ALLSTATE INSURANCE
COMPANY
(AC 18914)

Schaller, Spear and Mihalakos, Js.

Argued February 15—officially released March 14, 2000

Per Curiam. The claims of the plaintiffs are controlled
by *Doyle* v. *Metropolitan Property & Casualty Ins. Co.*,
252 Conn. 79, 743 A.2d 156 (1998).

The judgment is affirmed.

CHERRY PRAWL *v.* ANDRE MORISSEAU ET AL.
(AC 18976)

Lavery, Hennessy and Daly, Js.

Argued February 18—officially released March 14, 2000

Per Curiam. The judgment is affirmed.

RONEY HARRIS *v.* UNITED TECHNOLOGIES
CORPORATION/PRATT AND WHITNEY
AIRCRAFT DIVISION ET AL.
(AC 19399)

Foti, Landau and Stoughton, Js.

Argued February 16—officially released March 14, 2000

Per Curiam. The decision of the workers' compensa-
tion review board is affirmed.